Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

This Document Relates to:

*Grant Kiser v. Pfizer Inc, et al.*
(06-6118 CRB)

*Connie Friedman-May, et al. v. Pfizer Inc, et al.*
(06-6119 CRB)

*Noralynn Roman, et al. v. Pfizer Inc, et al.*
(06-6120 CRB)

*Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.*
(06-6121 CRB)

*Robert McCarrell v. Pfizer Inc, et al.*
(06-6124 CRB)

*Doris Hocker v. Pfizer Inc, et al.*
(06-6129 CRB)

*Patricia Rogers v. Pfizer Inc, et al.*
(06-6130 CRB)

*Robert Bates, et al. v. Pfizer Inc, et al.*
(06-6131 CRB)

*Patrick Lynch v. Pfizer Inc, et al.*
(06-6132 CRB)

*Christine Sullivan, et al. v. Pfizer Inc, et al.*
(06-6157 CRB)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* )<br>(06-6158 CRB) ) |
| 2 | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* )<br>(06-6161 CRB) ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* )<br>(06-6165 CRB) ) |
| 5 | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* )<br>(06-6166 CRB) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* )<br>(06-6168 CRB) ) |
| 8 | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* )<br>(06-6169 CRB) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* )<br>(06-6171 CRB) ) |
| 11 | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* )<br>(06-6173 CRB) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* )<br>(06-6180 CRB) ) |
| 14 | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* )<br>(06-6186 CRB) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* )<br>(06-6190 CRB) ) |
| 17 | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* )<br>(06-6091 CRB) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* )<br>(06-6194 CRB) ) |
| 20 | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* )<br>(06-6195 CRB) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* )<br>(06-6196 CRB) ) |
| 23 | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* )<br>(06-6197 CRB) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* )<br>(06-6198 CRB) ) |
| 26 | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* )<br>(06-6199 CRB) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1

1  (06-6200 CRB)                                      )

2  *Louis Pratt v. Pfizer Inc, et al.*                )
   (06-6201 CRB)                                       )
3                                                      )
   *Paul Madison v. Pfizer Inc, et al.*               )
4  (06-6202 CRB)                                       )

5  *Nancy Smith, et al. v. Pfizer Inc, et al.*        )
   (06-6203 CRB)                                       )
6                                                      )
   *Walter Johnston v. Pfizer Inc, et al.*            )
7  (06-6204 CRB)                                       )

8  *Murry McEwen v. Pfizer Inc, et al.*               )
   (06-6205 CRB)                                       )
9                                                      )
   *Charles Griffin, et al. v. Pfizer, Inc, et al.*   )
10 (06-6206 CRB)                                       )

11 *Debbie Dethrage v. Pfizer Inc, et al.*            )
   (06-6207 CRB)                                       )
12                                                     )
   *Thomas Saunders, et al. v. Pfizer Inc, et al.*    )
13 (06-6208 CRB)                                       )

14 *Rex McDonald v. Pfizer Inc, et al.*               )
   (06-6210 CRB)                                       )
15                                                     )
   *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*  )
16 (06-6211 CRB)                                       )

17 *Marjory Goodwin v. Pfizer Inc, et al.*            )
   (06-6212 CRB)                                       )
18                                                     )
   *Joy Glenn, et al. v. Pfizer Inc, et al.*          )
19 (06-6213 CRB)                                       )

20 *Connie Henderson, et al. v. Pfizer Inc, et al.*   )
   (06-6283 CRB)                                       )
21                                                     )
   *Aubrey Richardson, et al. v. Pfizer Inc, et al.*  )
22 (06-7201 CRB)                                       )

23 *Glenn Snyder, et al. v. Pfizer Inc, et al.*       )
   (06-7202 CRB)                                       )
24                                                     )
   *Jacques Tetrault, et al. v. Pfizer Inc, et al.*   )
25 (06-7203 CRB)                                       )

26 *Patricia Stevens v. Pfizer Inc, et al.*           )
   (06-7204 CRB)                                       )
27                                                     )
   *Robert Jennings, et al. v. Pfizer Inc, et al.*    )
28 (06-7205 CRB)                                       )

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\12584625.1

1

2  *Alice Richardson, et al. v. Pfizer Inc, et al.*
   (06-7206 CRB)

3  *Steve Pardikes v. Pfizer Inc, et al.*
   (06-7306 CRB)

4

5  *Rosalyn Chute v. Pfizer Inc, et al.*
   (06-7381 CRB)

6  *Carolyn Carter v. Pfizer Inc, et al.*
   (06-7570 CRB)

7

8  *Margoth Gonzalez v. Pfizer Inc, et al.*
   (06-7571 CRB)

9  *Albert Blossom, et al. v. Pfizer Inc, et al.*
   (06-7676 CRB)

10

11  *Viola Porter v. Pfizer Inc, et al.*
    (06-7882 CRB)

12  *Tami McKibben, et al. v. Pfizer Inc, et al.*
    (06-7883 CRB)

13

14  *Joyce Matson, et al. v. Pfizer Inc, et al.*
    (06-7958 CRB)

15  *Michael Gatz, v. Pfizer Inc, et al.*
    (06-7959 CRB)

16

17  *Shamela Carr v. Pfizer Inc, et al.*
    (07-0022 CRB)

18  *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
    (07-0023 CRB)

19

20  *Debi Sweet v. Pfizer Inc, et al.*
    (07-0231 CRB)

21  *Clarence Bridges v. Pfizer Inc, et al.*
    (07-0413 CRB)

22

23  *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
    (07-0611 CRB)

24  *Jeffrey Howard, et al. v. Pfizer Inc, et al.*
    (07-0816 CRB)

25

26  *Brenda Brunson, et al. v. Pfizer Inc, et al.*
    (07-1280 CRB)

27  *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
    (07-1353 CRB)

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* <br> (07-1432 CRB) |
| 2 | |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* <br> (07-1570 CRB) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* <br> (06-6815 CRB) |
| 5 | |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* <br> (07-1991 CRB) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* <br> (07-1992 CRB) |
| 8 | |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* <br> (07-2630 CRB) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* <br> (07-2690 CRB) |
| 11 | |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* <br> (07-2691 CRB) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* <br> (07-2692 CRB) |
| 14 | |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* <br> (07-3284 CRB) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2584625.1

1

DATED: 10-29, 2009       By: _____

2

3                                    **WEITZ & LUXENBERG, PC**
                                     700 Broadway
4                                    New York, New York 10003
                                     Telephone: 212-558-5000
5                                    Facsimile: 212-344-5461

6                                    *Attorneys for Plaintiffs*

DATED: Nov. 2, 2009      By: _____
7

8                                    **DLA PIPER LLP (US)**
                                     1251 Avenue of the Americas
9                                    New York, New York 10020
                                     Telephone: 212-335-4500
10                                   Facsimile: 212-335-4501

11                                   *Defendants' Liaison Counsel*

12

13

14       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
         IT IS SO ORDERED.**
15

16

         Dated: NOV 1 3 2009
17
                                     Hon. Charles R. Breyer
18                                   United States District Court

19

20

21

22

23

24

25

26

27

28

-6-

PFZR/1035934/11323694v.1

EAST\42584625.1